STATE v. BAKER

No. 239P00

Case below: 137 N.C.App. 772

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. BARKER

No. 309P00

Case below: 138 N.C.App. 304

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.

STATE v. BLUE

No. 292PA00

Case below: 138 N.C.App. 404

Petition by Attorney General for writ of supersedeas allowed 24 August 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 24 August 2000.

STATE v. BLYTHER

No. 324P00

Case below: 138 N.C.App. 443

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. CALLAHAN

No. 219P00

Case below: 137 N.C.App. 588

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.